1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW J. MCCAFFREY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY, a Delware Corporation; WB CHINO HILLS-FD, LLC, a Delware Limited Liability Company, dba CHINO HILLS FORD; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: **5:19-cv-00486-AB-FFM**<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION REGARDING PLAINTIFF'S ATTORNEY'S FEES, COSTS AND EXPENSES**<br><br>Honorable Judge Andre Birotte Jr. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Plaintiff ANDREW J. MCCAFFREY ("**Plaintiff**") and Defendant FORD MOTOR COMPANY ("**Defendant**") (collectively, "**the Parties**"), by and through their respective counsel of record, have entered into a stipulation for entry of an Order by the Court regarding Plaintiff's attorney's fees, costs and expenses.

-1-

-2-

1  **THE PARTIES HAVE STIPULATED TO THE ENTRY OF AN ORDER**
2  **AS FOLLOWS:**
3      (1) That Defendant shall pay the sum of $4,087.63 to Plaintiff and Plaintiff
4          hereby agrees to accept said payment in full satisfaction of all claims for
5          attorney's fees, costs and expenses in connection with this action;
6      (2) That Defendant shall pay the sum of $4,087.63 to Plaintiff within 60 days
7          of execution of this Stipulation by all counsel unless matters outside of
8          the control of Defendant cause delay.
9  **The parties are ORDERED to file a Stipulation of Dismissal within 10 days of**
10 **the issuance of this Order.**

12 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

15 Dated: February 23, 2022

                JUDGE OF THE UNITED STATES
                DISTRICT COURT